Laura D. Scott, appellant, v. Frank E. Scott, appellee. Gen. No. 35,789.

Opinion filed June 28, 1932. Rehearing denied July 11, 1932.
Callahan & Callahan, for appellant; Francis J. Callahan, of counsel. John Fitzgerald, for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Morris Koven, appellee, v. Martha Cohen et al., defendants. Martha Cohen et al., appellants. Gen. No. 35,819.

Opinion filed June 28, 1932.
Yale & Yale, for appellants. Julian Kwasigroch, for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Donald J. Seeley, appellee, v. Benjamin E. Minturn et al., appellants. Gen. No. 35,939.

Opinion filed June 28, 1932.
Murphy, Hollywood, Turner & Barron, for appellants; Frederick A. Brown, of counsel. Charles F. McKinley, for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Max Hoffman, plaintiff in error, v. Frank E. Maher et al., defendants in error. Gen. No. 35,255.

Opinion filed June 28, 1932.
Alex H. Rosenbaum, for plaintiff in error; Sidney F. Brown, of counsel. Zwemer & Casey, for certain defendant in error; Otto E. Dorre, of counsel.

Mr. Justice Gridley delivered the opinion of the court.